# United States District Court

Southern **DISTRICT OF** California

FILED
08 JUL 28 AM 11: 43
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| In the Matter of the Search of<br>(Name, address or brief description of person or property to be searched)<br>Parcel #2 bears the following information: Tracking # 0308-0660-0001-2356-0721; addressed to Mark Gale, 1 pineview blvd, Central islip, NY 11722; and listed the return information of Chantel Wilson, 4534 T St, San Diego, CA 92114. | **SEARCH WARRANT**<br><br>CASE NUMBER: '08 MJ 2300 |
|---|---|

TO: Ana L. Flores, Postal Inspector     and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Ana L. Flores   who has reason to
                                              Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

Parcel #2 bears the following information: Tracking # 0308-0660-0001-2356-0721; addressed to Mark Gale, 1 pineview blvd, Central islip, NY 11722; and listed the return information of Chantel Wilson, 4534 T St, San Diego, CA 92114 which is in the custody of the U.S. Postal Inspection Service.

in the Southern                       District of California                       there is now
concealed a certain person or property, namely (describe the person or property)

    Controlled substances, materials, and documents reflecting the distribution of
    controlled substances through the United States Mail, including money paid for
    controlled substances, in violation of Title 21, United States Code, Sections
    841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   August 3, 2008
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to   LEO S. PAPAS
                                                                                                U. S. Judge or Magistrate
as required by law.

JUL 2 5 2008                    at    San Diego, CA
Date and Time Issued                  City and State

LEO S. PAPAS              U.S. Magistrate Judge
Name and Title of Judicial Officer                       Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED 7-25-08 | DATE AND TIME WARRANT EXECUTED 7-25-08  3:00pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH USPS |
| INVENTORY MADE IN THE PRESENCE OF US Postal Inspectors A Flores and R Tanael | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

Priority Delivery Confirmation # 0308-0660-0001-2356-0721
Brown shipping box contained crumpled newspaper and one, white, sealed 5 gallon plastic bucket which contained paper towels soaked in Pine Sol and underneath was contained a green leafy substance which field tested positive for marijuana which weighed approximately 2816.4 grams.

Flores  7/25/08

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Ana Flores

Subscribed, sworn to, and returned before me this date.

U.S. Judge            Date 7/28/08